UNITED STATES DISTRICT COURT

IN AND FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Patricia A. Mackrell<br>　　　　　　Plaintiff<br><br>Vs.<br><br>Fulton Friedman & Gullace LLP<br><br>　　　　　　Defendants | Case No.:  03:11-CV-00704-ARC<br><br>**ANSWER** |

　　As and for its Answer, Defendant, Fulton Friedman & Gullace LLP (hereafter, "FF&G") states and affirmatively alleges as follows:

<u>Introduction</u>

1. FF&G denies the allegations contained in paragraph 1 of Plaintiff's Complaint.

<u>Jurisdiction</u>

2. FF&G admits the allegations contained in paragraphs 2 and 3 of Plaintiff's Complaint.

<u>Parties</u>

3. FF&G admits, upon information and belief, the allegations contained in paragraphs 4 and 5 of Plaintiff's Complaint.

<u>Statement of Claim</u>

4. FF&G admits the allegations contained in paragraph 6 of Plaintiff's Complaint.

5. FF&G is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of Plaintiff's Complaint, and thus denies same.

6. FF&G admits the allegations contained in paragraphs 8, 9, 10, and 11 of Plaintiff's Complaint.

7. As there is no allegation asserted against FF&G in paragraph 12 of Plaintiff's Complaint, and because the statute referred to in paragraph 12 of Plaintiff's Complaint speaks for itself, that paragraph is denied.

8. FF&G admits the allegations contained in paragraph 13 of Plaintiff's Complaint.

9. FF&G denies the allegations contained in paragraphs 14 and 15 of Plaintiff's Complaint.

10. All allegations not specifically admitted herein are denied.

As and for its affirmative defenses, FF&G asserts no violation existed as prior to the time litigation would have been commenced, Plaintiff filed for bankruptcy on September 30, 2010, which was within 8 days of the sending of the demand letter.

Furthermore, the Fair Debt Collection Practices Act, 15 U.S.C. §1692k(a)(3) provides that if suit under this Act is brought in bad faith and for the purpose of harassment, the court may award defendant attorney fees reasonable in relation to the work expended and costs.

FF&G asserts this matter was filed in violation of F.R.C.P. Rule 11, as it was brought in bad faith, the bankruptcy having been filed on behalf of the Plaintiff

by Plaintiff's current counsel, with knowledge that filing suit subsequent to the filing of the bankruptcy would violate either 11 U.S.C. §362, or would violate the permanent injunction that follows the discharge of the Plaintiff.

Respectfully submitted this 13th day of April, 2011.

                                      Fulton  Friedman & Gullace, LLP


                                      /s/David R. Galloway
                                      PA87326
                                      130B Gettysburg Pike
                                      Mechanicsburg, Pa. 17055
                                      (866) 563-0809
                                      (717) 620-8706
                                      david@fultonfriedman.com
                                      Attorneys for Defendant


## CERTIFICATE OF SERVICE

I certify that on the 13th day of April, 2011 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kristin Sabatini                            Kristin@bankruptcypa.com
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, Pa.  18512


                                      /s/David R. Galloway