# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA MACKRELL, | |
| Plaintiff, | NO. 3:10-CV-1946 |
| v. | (JUDGE CAPUTO) |
| FULTON FRIEDMAN & GULLACE, and ASSET ACCEPTANCE, LLC | |
| Defendants. | |

## **ORDER**

**NOW**, this 8th day of May, 2012, **IT IS HEREBY ORDERED** that Plaintiff Patricia Mackrell's Discovery Request is **DENIED**.

      /s/ A. Richard Caputo
      A. Richard Caputo
      United States District Judge